# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

160113

*In re* CHARLES KUNTA LEWIS, JR., Minor

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellee,

v

CHARLES KUNTA LEWIS, JR.,
      Respondent-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160113
COA: 337716
Ingham CC: 10-000001-DJ

      On order of the Court, the application for leave to appeal the July 9, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



t0420

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020



Clerk